IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OPTIMUM TECHNOLOGIES, INC.,

   Plaintiff,

     v.

HENKEL CONSUMER ADHESIVES, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:04-CV-1082-TWT

ORDER

This is an action for trademark infringement. It is before the Court on the Plaintiff's Motion for Reconsideration [Doc. 171] which is DENIED.

SO ORDERED, this 31 day of October, 2005.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge